UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00499-RJC

| | |
|---|---|
| In re: ) | |
| ) | |
| CHRISTOPHER DEE COTTON ) | Case No. 14-30287 |
| ALLISON HEDRICK COTTON ) | Chapter 13 |
| ) | |
| Debtors ) | |
| ) | |
| CHRISTOPHER DEE COTTON ) | |
| and ) | |
| ALLISON HEDRICK COTTON, ) | ADVERSARY NO. 17-03056 |
| on behalf of themselves and all ) | |
| others similarly-situated, ) | |
| ) | |
| IGNACIO PEREZ ) | |
| And ) | |
| GABRIELA PEREZ, ) | |
| On behalf of themselves and all ) | |
| others similarly-situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO & CO. and ) | |
| WELLS FARGO BANK, N.A. ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT CONDITIONAL MOTION TO WITHDRAW THE REFERENCE

**THIS MATTER** is before the Court on the Joint Conditional Motion to Withdraw the Reference, (Doc. No. 1), filed by Plaintiffs Christopher Dee Cotton, Allison Hedrick Cotton, Ignacio Perez, and Gabriela Perez, on behalf of themselves and all others similarly situated, and Defendants Wells Fargo & Co. and Wells Fargo

Bank, N.A., together with the Order of the Bankruptcy Court, (Doc. No. 3), recommending that the District Court Grant the Parties' Joint Conditional Motion to Withdraw the Reference.  The Court hereby adopts the Bankruptcy Court's recommendation to grant the Parties' Joint Conditional Motion to Withdraw the Reference.

It is therefore **ORDERED** that the reference of Adv. No. 17-03056, Christopher Cotton, et al. v. Wells Fargo & Co., et al. is hereby withdrawn and such case shall henceforth be heard in the United States District Court for the Western District of North Carolina.

**SO ORDERED.**

Signed: January 11, 2019

Robert J. Conrad, Jr.
United States District Judge