UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00499-RJC

| | |
|---|---|
| In re: ) | |
| ) | |
| CHRISTOPHER DEE COTTON ) | Case No. 14-30287 |
| ALLISON HEDRICK COTTON ) | Chapter 13 |
| ) | |
| Debtors ) | |
| ) | |
| CHRISTOPHER DEE COTTON ) | |
| and ) | ADVERSARY NO. 17-03056 |
| ALLISON HEDRICK COTTON, ) | |
| on behalf of themselves and all ) | |
| others similarly-situated, ) | |
| ) | |
| IGNACIO PEREZ ) | |
| And ) | |
| GABRIELA PEREZ, ) | |
| On behalf of themselves and all ) | |
| others similarly-situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO & CO. and ) | |
| WELLS FARGO BANK, N.A. ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT CONDITIONAL MOTION TO WITHDRAW THE REFERENCE

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal, (Doc. No. 7). Having considered the Motion, and upon good cause being shown, the Court hereby **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that Plaintiffs may file their attorneys' fee

1

records in support of Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs and Class Representative Service Awards, (Doc. No. 4), under seal.

Signed: February 8, 2019

Robert J. Conrad, Jr.
United States District Judge