# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ignacio Perez<br>Allison Hedrick Cotton<br>Gabriela Perez<br>Christopher Dee Cotton, | ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:18-cv-00499-RJC |
| vs. | ) <br> ) | |
| Wells Fargo Bank, N.A.<br>Wells Fargo & Co.,<br>Defendant(s). | ) <br> ) <br> ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2019 Order.

March 15, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court